**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Courtney Anthony Smith, Appellant.

Appellate Case No. 2019-000857

---

Appeal From Marion County
Thomas A. Russo, Circuit Court Judge

---

Unpublished Opinion No. 2021-UP-218
Submitted May 1, 2021 – Filed June 16, 2021

---

**APPEAL DISMISSED**

---

Appellate Defender Adam Sinclair Ruffin, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General William M. Blitch, Jr., both of Columbia, for Respondent.

---

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and HUFF and HEWITT, JJ., concur.**

---

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.